1

2

3

4

5                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
6                                   AT SEATTLE

7    NADIA CHEKIKENE,

8                         Plaintiff,

9         v.                                         C17-1335 TSZ

10   SILVER CLOUD, INC.,                             MINUTE ORDER

11                        Defendant.

12
          The following Minute Order is made by direction of the Court, the Honorable
13   Thomas S. Zilly, United States District Judge:

14        (1)    Defendant's unopposed motion, docket no. 5, for extension of time is
     treated as a notice of appearance by Patrick C. Wylie of Davis Rothwell Earle &
15   Xóchihua, P.C., and the Clerk is directed to update the docket to reflect that Mr. Wylie is
     counsel of record for defendant Silver Cloud, Inc.  Defendant's unopposed motion,
16   docket no. 5, for extension of time is GRANTED, and the deadline for defendant to file a
     responsive pleading or motion is EXTENDED to October 16, 2017.

17        (2)    The Clerk is further directed to send a copy of this Minute Order to all
     counsel of record.
18
          Dated this 2nd day of October, 2017.
19

20                                             William M. McCool
                                               Clerk
21
                                               s/Karen Dews
22                                             Deputy Clerk

23

MINUTE ORDER - 1